AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

MAY 24 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. M-19-1196-M |
| Gilberto Eloy RAMIREZ, YOB: 1959 (USA) | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __5/23/2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846<br>21 USC 841 | Conspiracy to Possess with the Intent to Distribute and Possession with Intent to Distribute Cocaine, approximately 11.54 kilograms, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(See Attachment I).

☐ Continued on the attached sheet.

Approved by: [signature] Please Assign to AA

Sworn to before me and signed in my presence.

Date: 5/24/2019

City and state: McAllen, Texas

_Complainant's signature_
Danielle Martin, DEA Special Agent
_Printed name and title_

_Judge's signature_
J. Scott Hacker, US Magistrate Judge
_Printed name and title_

**ATTACHMENT 1**

1. On May 23, 2019, a San Juan Police Department (PD) officer conducted a probable cause traffic stop of a white Hyundai bearing Texas license plate #GLW6769. The San Juan PD officer made contact with the driver of the Hyundai, who was identified as Gilberto Eloy RAMIREZ (hereafter, RAMIREZ). During the traffic stop, approximately 42 grams of suspected cocaine contained in two plastic bags were seized from RAMIREZ's pants pockets.
2. Shortly after, DEA agents responded to the traffic stop, where RAMIREZ provided agents written and verbal consent to search his property in San Juan, TX. Agents observed a two-story shed on RAMIREZ's property. RAMIREZ stated that he had the key for the shed in his vehicle and provided it to agents. Before searching the shed, RAMIREZ made voluntary statements to agents that there were drugs located in the desk drawers inside the shed. Agents subsequently searched the shed, which revealed approximately 11.5 kilograms of suspected cocaine and a pistol located in the desk drawers. RAMIREZ further stated to agents that the suspected cocaine and pistol found in the shed were his.
3. Agents conducted a post-arrest interview of RAMIREZ. Prior to conducting the interview, RAMIREZ was read his Miranda warnings. RAMIREZ stated that he did not want to speak with agents and requested an attorney.
4. Agents subsequently conducted a field test of the approximate 42 grams and 11.5 kilograms of suspected cocaine, which both tested positive for characteristics of cocaine.